United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZAKARIAH LAFRENIERE,

    Plaintiff,

    v.

TRUSTEES OF CALIFORNIA,

    Defendant.

No. C 04-05183 JSW

**ORDER OF DISMISSAL**

On March 21, 2005, Plaintiff moved for default judgment pursuant to Rule 55(b)(2) against defendants Trustees of the California State University. After reviewing the record and Plaintiff's motion for default judgment, the Court found that Plaintiff had failed to comply with Rule 55 of the Federal Rules of Civil Procedure and denied the motion without prejudice.

On April 22, 2005, Plaintiff again moved for default judgment pursuant to Rule 55(b)(2) against defendants Trustees of the California State University, and noticed his motion for Friday, May 6, 2005. Again, after reviewing the record, the Court found that Plaintiff had failed to comply with Rule 55 of the Federal Rules of Civil Procedure.

For a third time, on August 10, 2005, Plaintiff moved *ex parte* for "status of default judgment" and noticed his motion for September 5, 2005. Once again, the Court finds that Plaintiff has failed to comply with Rule 55 of the Federal Rules of Civil Procedure.

1  Specifically, Plaintiff moved for default judgment without first requesting and obtaining entry
2  of Defendants' default from the clerk pursuant to Rule 55(a).  On April 29, 2005, the clerk
3  declined to enter default because Plaintiff had failed to serve defendants properly.  Having
4  failed to perfect service, defendants have not been given an opportunity to respond in this action
5  and default is inappropriate.

6        Once again, on August 11, 2005, the Court denied Plaintiff's motion for default
7  judgment.  Plaintiff subsequently appealed that decision, which appeal was denied for lack of
8  jurisdiction.

9        The Court finds that Plaintiff has failed to effect proper service on defendants.  The
10 original complaint was filed on December 7, 2004.  Far in excess of the 120 days provided for
11 service has elapsed.  *See* Federal Rule of Civil Procedure 4(m).  Having numerous times
12 instructed Plaintiff to serve defendants, the Court finds it proper at this juncture to dismiss this
13 action in its entirety without prejudice.

14       The Clerk shall close the file.

16 **IT IS SO ORDERED.**

17 Dated:   June 22, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2